# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

CSI Technology, Inc.,

                Plaintiff,

                                      Civ. No. 08-450 (RHK/JJK)
                                          **ORDER**

v.

Commtest Instruments Ltd. and 24/7
Power, Inc.,

                Defendants.

---

      This matter is before the Court *sua sponte*. Defendant Commtest Instruments Ltd. has moved to transfer this action to the United States District Court for the Eastern District of Tennessee, and Defendant 24/7 Power has moved to dismiss or stay this action. Those Motions are scheduled to be heard by the Court on August 26, 2008, at 8:00 a.m. Having reviewed the parties' Motion papers, the Court does not believe that oral argument will materially assist its resolution of the Motions. Accordingly, **IT IS ORDERED** that the hearing on Defendants' Motions is **CANCELED**. The Motions are deemed submitted as of August 14, 2008, the date of Defendants' Reply Memoranda.

Dated: August 21, 2008                                          s/Richard H. Kyle
                                                                RICHARD H. KYLE
                                                                United States District Judge